FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 2 4 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1
2
3
4
5
6
7
8                  UNITED STATES DISTRICT COURT
9                  CENTRAL DISTRICT OF CALIFORNIA
10                        WESTERN DIVISION
11
12   MIGUEL VARGAS,                 )   Case No.  CV 13-08419 SJO (AN)
                                    )
13              Petitioner,         )
                                    )
14        v.                        )   JUDGMENT
                                    )
15   W. L. MONTGOMERY, Warden,      )
                                    )
16              Respondent.         )
17   _____)

18        IT IS HEREBY ADJUDGED that ground three of the Petition is dismissed
19   without prejudice and it is stricken from the Petition for the reasons set forth in the
20   Magistrate Judge's Report and Recommendation.
21
22
23   Dated: April 24, 2014          S. James Otero
                                     _____
24                                   S. JAMES OTERO
                                     UNITED STATES DISTRICT JUDGE
25
26
27
28