JS-6/Entered

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG 28 2014
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG 28 2014
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MIGUEL VARGAS,<br>    Petitioner,<br>v.<br>W. L. MONTGOMERY, Warden,<br>    Respondent. | Case No. CV 13-08419 SJO (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that the Petition is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: August 28, 2014

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE